CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 26 2011

JULIA C. DUDLEY, CLERK
BY:
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Case No. 5:09CR00013-1 |
| | ) (Case No. 5:10CV80253) |
| v. | ) |
| | ) **2255 FINAL ORDER** |
| **DOUGLAS JAY RANKIN** | ) |
| | ) By: Glen E. Conrad |
| **Defendant.** | ) Chief United States District Judge |

This action, brought as a motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255, is before the court upon the Report and Recommendation of the United States Magistrate Judge, prepared pursuant to 28 U.S.C. § 636(b). The Magistrate Judge concludes that the defendant's claims are without merit and recommends that the § 2255 motion be denied in its entirety. The fourteen days allotted under § 636(b) for parties to object to the findings and recommendations in the Magistrate Judge's Report have expired, and neither party has filed objections. Accordingly, it is hereby

**ADJUDGED AND ORDERED**

that the Report and Recommendation of the Magistrate Judge (DE 129) shall be and hereby is **ADOPTED** in its entirety; the government's dispositive motion (DE 108) is **GRANTED** as to the defendant's claims alleging ineffective assistance of counsel prior to judgment; the defendant's motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255, is **DENIED** as to all claims; and this action is hereby stricken from the active docket of the court. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is **DENIED**.

The Clerk is directed to send a copy of this order to counsel of record and to the defendant.

**ENTER:** This 25th day of July, 2011.

/s/ Glen Conrad
Chief United States District Judge